IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JANE DOE a/k/a ROBYN LYNN KIMURA,<br><br>                Defendant. | No. CR 3-10-70161 EMC<br><br>[PROPOSED] STIPULATED ORDER ADVANCING PRELIMINARY HEARING DATE |

The defendant Jane Doe a/k/a Robyn Lynn Kimura is current scheduled for arraignment on an Information on Friday, April 16, 2010. Defense counsel is now unavailable on that date because of a work-related assignment. Therefore, the defense requests that the arraignment on the Information be advanced to Thursday, April 8, 2010 at 9:30 a.m.. The government has no objection to this request.

//
//
//
//
//
//

*Kimura*, CR 3-10-70161 EMC
ORD. ADVANCING ARRAIGNMENT

1 | Therefore, for good cause shown the arraignment for Ms. Kimura shall be advanced to
2 | Thursday, April 8, 2010 at 9:30 a.m..
3 |
4 | IT IS SO ORDERED.
5 |
6 | 5 Apr '10
  | DATED                                    BERNARD ZIMMERMAN
7 |                                          United States Magistrate Judge
8 |
9 | IT IS SO STIPULATED.
10|
  |  April 5, 2010                                    /s/
11| DATED                                    CYNTHIA FREY
12|                                          Assistant United States Attorney
  |                                          Northern District of California
13|
14|
  |  April 5, 2010                                    /s/
15| DATED                                    BARRY J. PORTMAN
  |                                          Federal Public Defender
16|                                          Northern District of California
17|                                          STEVEN G. KALAR
  |                                          Assistant Federal Public Defender
18|

*Kimura*, CR 3-10-70161 EMC
ORD. ADVANCING ARRAIGNMENT            2